# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**DARIEN WOODRUM,**<br><br>   *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00026-TES-CHW-2** |

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION TO CONTINUE TRIAL IN THE INTEREST OF JUSTICE

Before the Court is Defendant Darien Woodrum's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 20]. The Grand Jury returned a five-count Indictment [Doc. 1] on August 14, 2024, charging Defendant with various drug-related crimes. *See* 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C), 844(a), 856(a)(1); 18 U.S.C. § 2. Defendant was arrested on August 20, 2024, pled not guilty at her arraignment, and was released on bond pending trial. [Doc. 12]; [Doc. 13]; [Doc. 14]; [Doc. 15]. The Court issued a Notice of Pretrial Conference on August 23, 2024, scheduling the Pretrial Conference for September 4, 2024. [Doc. 19].

Defendant filed this Motion seeking a continuance. [Doc. 20]. In her Motion, Defendant states that she has not yet received discovery, that additional time will be required to review the voluminous discovery once the government provides it, and that defense counsel will need time to conduct an investigation after her review is complete.

[*Id.* at p. 2]. Defendant represents that the Government is unopposed to this Motion. [*Id.*].

The Court finds that granting Defendant's request serves the ends of justice. The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny Defendant's counsel "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

Thus, the Court **GRANTS** Defendant's Motion [Doc. 20] and **CONTINUES** the Pretrial Conference until October 3, 2024, and the trial of this matter until November 18, 2024. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 27th day of August, 2024.

S/ Tilman E. Self, III\
**TILMAN E. SELF, III, JUDGE**\
**UNITED STATES DISTRICT COURT**