# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**DARIEN WOODRUM,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00026-TES-CHW-2** |

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION TO CONTINUE TRIAL IN THE INTEREST OF JUSTICE

Before the Court is Defendant Darien Woodrum's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 37]. The Grand Jury returned a five-count Indictment [Doc. 1] on August 14, 2024, charging Defendant with various drug-related crimes. *See* 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C), 844(a), 856(a)(1); 18 U.S.C. § 2. Defendant was arrested on August 20, 2024, pled not guilty at her arraignment, and was released on bond pending trial. [Doc. 12]; [Doc. 13]; [Doc. 14]; [Doc. 15]. The Court continued this case for the first time on August 27, 2024, and on October 16, 2024, Defendant filed this Motion seeking a second continuance. [Doc. 21]; [Doc. 37].

In her Motion, Defendant states that she needs more time to complete defense investigations and confer with the Government. [Doc. 37, p. 2]. Defense counsel represents that the Government does not oppose her request to continue this case. [*Id.*].

The Court finds that granting Defendant's request serves the ends of justice. The

Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny Defendant's counsel "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

Thus, the Court **GRANTS** Defendant's Motion [Doc. 37] and **CONTINUES** the Pretrial Conference until December 10, 2024, and the trial of this matter until January 27, 2025. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 17th day of October, 2024.

S/ Tilman E. Self, III_____
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
