IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DARIEN WOODRUM,<br><br>    *Defendant.* | CRIMINAL ACTION NO.<br>3:24-cr-00026-TES-CHW-2 |

ORDER CONTINUING TRIAL

Before the Court is Defendant Darien Woodrum's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 43]. The Grand Jury returned a five-count Indictment [Doc. 1] on August 14, 2024, charging Defendant Woodrum and her co-defendant with various drug-related crimes. She was arrested on August 20, 2024, pled not guilty at her arraignment the next day, and was released on bond pending trial. [Doc. 12]; [Doc. 13]; [Doc. 14]; [Doc. 15]. The Court has continued this several times, most recently setting the Pretrial Conference for January 21, 2025, and the trial for the week of February 24, 2025. *See* [Doc. 40]; [Doc. 42].

Defendant Woodrum filed this Motion on January 7, 2025, seeking a fourth continuance. [Doc. 43]. She states that she needs more time to negotiate with the Government, continue defense investigations, and continue discussions with defense counsel. [Doc. 43, p. 2]. Defendant also reiterates that, if this case proceeds to trial, she wishes to be tried together with Defendant Jackson. [*Id.*]. Defense counsel represents the

Government is unopposed to her request to continue this case. [*Id.*].

The Court finds that granting Defendant's request serves the ends of justice. The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance "would deny counsel for [Defendant] [and] the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

Thus, the Court **GRANTS** Defendant Woodrum's Motion to Continue [Doc. 43]. Additionally, since "the time for trial has not yet run" with respect to her co-defendant and "no motion for severance has been granted," *see* 18 U.S.C. § 3161(h)(6), the Court **CONTINUES** the Pretrial Conferences to **February 12, 2025**, and the trial of this matter to **March 24, 2025**, *as to both Defendants*. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 9th day of January, 2025.

S/ Tilman E. Self, III  
**TILMAN E. SELF, III, JUDGE**  
**UNITED STATES DISTRICT COURT**