IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DARIEN WOODRUM,<br><br>    *Defendant.* | CRIMINAL ACTION NO.<br>3:24-cr-00026-TES-CHW-2 |

ORDER CONTINUING TRIAL

Before the Court is Defendant Darien Woodrum's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 46]. The Grand Jury returned a five-count Indictment [Doc. 1] on August 14, 2024, charging Defendant Woodrum and her co-defendant with various drug-related crimes. She was arrested on August 20, 2024, pled not guilty at her arraignment the next day, and was released on bond pending trial. [Doc. 12]; [Doc. 13]; [Doc. 14]; [Doc. 15].

Defendant requests a continuance because she needs more time to negotiate with the Government, continue defense investigations, and continue discussions with defense counsel. [Doc. 46, p. 2].

The Court finds that granting Defendant's request serves the ends of justice. The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance "would deny counsel for [Defendant] [and] the attorney for the

Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

Thus, the Court **GRANTS** Defendant Woodrum's Motion to Continue [Doc. 46], and **CONTINUES** this case to the April term—beginning on April 21, 2025. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 5th day of February, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
