**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **v.** <br><br> **DARIEN WOODRUM,** <br><br> *Defendant.* | **CRIMINAL ACTION NO. 3:24-cr-00026-TES-CHW-2** |

**ORDER CONTINUING TRIAL**

Before the Court is Defendant Darien Woodrum's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 56]. The Grand Jury returned a five-count Indictment [Doc. 1] on August 14, 2024, charging Defendant Woodrum and her co-defendant with various drug-related crimes. She was arrested on August 20, 2024, pleaded not guilty at her arraignment the next day, and was released on bond pending trial. [Doc. 12]; [Doc. 13]; [Doc. 14]; [Doc. 15]. The Court has continued this case four times, most recently scheduling the Pretrial Conference for March 19, 2025, and the trial for April 21, 2025. [Doc. 47].

Defendant Woodrum now seeks a fifth continuance, explaining that she and the Government are awaiting approval of a plea agreement. [Doc. 56, p. 2]. Defense counsel represents the Government does not oppose this Motion. [*Id.*].

The Court finds that granting Defendant's request serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by

granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. *See id.* Specifically, failure to grant this continuance would deny defense counsel and the Government "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* § 3161(h)(7)(B)(iv).

Thus, the Court **GRANTS** Defendant Woodrum's Motion to Continue [Doc. 56] and **CONTINUES** the Pretrial Conference to **April 7, 2025**, and the trial of this matter to **May 27, 2025**. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 18th day of March, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**